# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

THE NOCO COMPANY

vs.

JOHN DOE D/B/A AMAZINGUSDEALS

CIVIL CASE NO.  1:18-cv-02765

JUDGE  PATRICIA A. GAUGHAN

<u>REQUEST  FOR SERVICE BY THE CLERK</u>

CHECK SERVICE TYPE

☐  ***Certified Mail*** .  See Local Rule 4.2(a)

☒  ***Ordinary Mail*** .  See Local Rule 4.2(c)

☐  ***Process by Publication***

Date: | January 24, 2019

By: | /s/ Jon J. Pinney

Address: | Kohrman Jackson Krantz
1375 East 9th Street
29th Floor
Cleveland, OH  44114

Attorney for | Plaintiff