IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

NOCO Company

        Plaintiff,

vs.

JOHN DOE D/B/A
AMAZINGUSDEALS

        Defendant.

Case Number: 1:18-cv-02765-PAG

Judge: Patricia A. Gaughan

## CERTIFICATE OF MAILING

Pursuant to Local Rule 4.2(c), I hereby certify that a copy of the summons and complaint was sent by ordinary mail this _____ day of January, 2019 to:

Sandy Opacich

Clerk of Court

By: s/ _____